In re WORLD TRADE CENTER
DISASTER SITE
LITIGATION.

In re Lower Manhattan Disaster
Site Litigation.

In re Combined World Trade Center
and Lower Manhattan Disaster
Site Litigation.

Nos. 21 MC 100(AKH), 21
MC 102, 21 MC 103.

United States District Court,
S.D. New York.

Dec. 30, 2010.

632

Marion Sandra Mishkin, Marion S. Mishkin, Esq., Robin Michel Wertheimer, Wertheimer Associates, P.C., Andrew J. Carboy, Andrew John Carboy, Sr., Sullivan, Papain, Block, McGrath & Cannavo, P.C., David L. Kremen, Oshman & Mirisola, LLP, Suzanne Melissa Scott, A. Joseph Giannini, Mariangela Chiaravalloti, Friedman, Friedman, Chiaravalloti & Giannini, Donna Rae Silverglad, Kenneth Sacks, Sacks & Sacks, LLP, Andrew John Schotz, Flemming, Zulack,& Williamson, L.L.P., Brian David Crosby, Denise Ava Rubin, Marc Jay Bern, Napoli Bern Ripka, LLP, George N. Kalamaras, Michael C. Mace, Patricia I. Jorge, Christopher R. LoPalo, W. Steven Berman, William Joseph Dubanevich, Worby, Groner, Edelman & Napoli Bern, L.L.P., Edward L. Marcowitz, Barasch McGarry Salzman Penson & Lim, Stephen Jeffrey Riegel, Stephen Jeffrey Riegel, Weitz and Luxenburg, P.C., Dario Anthony Chinigo, Paul T. Hofmann, Hofmann & Associates, Gregory J. Cannata, Law Office of Gregory J. Cannata, Rita F. Aronov, Shestack & Young, LLP, Erin K. Hurley, Schneider, Kleinick Et Al., Robert Allen Grochow, Robert Allen Grochow, Gregory J. Cannta & Associates, Matthew

Joseph McCauley, Sedgwick, Detert, Moran & Arnold, LLP, David Paul Horowitz, Ressler & Ressler, New York, NY, Willard R. Pratt, III, Vernon, NY, Ryan Seth Goldstein, Law Office of Ryan S. Goldstein, PLLC, Bronx, NY, Harvey B. Ginsberg, Worby, Groner, Edelman, & Napoli Bern, L.L.P., East Meadow, NY, Gustave Vila, Kuczinski, Vila & Associates, Elmsford, NY, for Plaintiffs.

Francis Lavery, pro se.

Kathryn Lavery, pro se.

Arlene McGillick, pro se.

Jon J. McGillick, pro se.

Dewardranth Samaroo, pro se.

Sue Ann Andersen, pro se.

Sharon Accetta, pro se.

Kevin Mongiello, pro se.

Wendy Henry, pro se.

Joseph Leahy, pro se.

Sandra Leahy, pro se.

Allison Edwards, pro se.

William Edwards, Malone, NY, pro se.

Debra Curcio, pro se.

Peter Curcio, pro se.

Patricia M. Digiovanni, pro se.

James Fullam, pro se.

Jacqueline Miller, pro se.

James Miller, Ossining, NY, pro se.

James Mullen, pro se.

Kim Mullen, pro se.

John Murphy, pro se.

Suzanne Murphy, pro se.

Dan Potter, pro se.

Jean Potter, pro se.

James Service, pro se.

Rebecca Service, pro se.

Bozena Kajewska-Pielarz, pro se.

Joesf Pielarz, pro se.

Khemraj Singh, pro se.

Antonio Martino, pro se.

Nicole Martino, pro se.

James Baumann, pro se.

Richard Bittles, pro se.

John Marks, pro se.

Lisa Marks, pro se.

Anthony Marden, pro se.

Christina Marden, pro se.

Kathleen Doerler, pro se.

Elizabeth Connolly, pro se.

James Connolly, pro se.

Catherine Musto, pro se.

Louis Musto, pro se.

Gerald Quill, pro se.

Linda Quill, pro se.

Edward Scharfberg, pro se.

Marylee Scharfberg, pro se.

Christine Voce, pro se.

Gregory Voce, pro se.

Cora Weihs, pro se.

Joseph Weihs, pro se.

Suzanne Worontzoff, pro se.

Walter Worontzoff, pro se.

Anna Zecca, pro se.

George Zecca, pro se.

Barbara Lopez, pro se.

Manuel Lopez, pro se.

Thomas Lennon, pro se.

Aida Valdiulezo-Nieto, pro se.

Edward Learning, pro se.

Victoria Learning, pro se.

Hamide Cagatay, pro se.

Zebebulah Cagatay, pro se.

Jose Calle, pro se.

Rudolph Geiger, pro se.

Bozena Kajewska-Pielarz, pro se.

Joesf Pielarz, pro se.

Carolyn Bryson, pro se.

Robert Mule, pro se.

Charity Oberdier, pro se.

Jeffrey Oberdier, pro se.

Deborah Scotto, pro se.

Dominick Scotto, pro se.

Doell Kemmet, pro se.

Frank Scallo, pro se.

Rafael Valdez, pro se.

Manuel Checo, pro se.

Darren C. Harkins, pro se.

Donna-Marie Gullo, pro se.

Sonya Cutting, pro se.

Maryellen Faivre, pro se.

Andrew Dunaway, pro se.

Kevin Bartolomew, pro se.

Maria Bartolomew, pro se.

Kathleen Dallas, pro se.

Kevin Dallas, pro se.

Josephine Genovese, pro se.

Peter Genovese, pro se.

Daniel Joyce, pro se.

Clifford Kartell, pro se.

Susan Kartell, pro se.

Edgar Lugo, pro se.

Minerv A. Lugo, pro se.

Frank McCullagh, pro se.

Rose McCullagh, pro se.

Patricia Meade, pro se.

Rory Meade, pro se.

Chandidas Potopsingh, pro se.

Lorraine Potopsingh, pro se.

Andy Saladeen, pro se.

Semoy W. Saladeen, pro se.

Joseph Selesky, pro se.

Sharon Selesky, pro se.

Mark Sillaro, pro se.

Monico Sillaro, pro se.

Louis Vaccaro, pro se.

James Romano, pro se.

Jack J. D'Elia, Howard Beach, NY, pro se.

David Nolan, pro se.

Louise Nolan, pro se.

Robert Panarella, pro se.

Herbert Pate, pro se.

Michael Chambers, pro se.

Kevin Barry, pro se.

Lorraine Barry, pro se.

Keith Richards, pro se.

Teresa Arca, pro se.

William Ziegelmeir, pro se.

Patrick Desarlo, pro se.

Noreen Desarlo, pro se.

Antoinette Cacovic, pro se.

Alexander Cacovic, pro se.

William Geer, pro se.

Randy S. Brenner, pro se.

Andrew Porazzo, pro se.

Pawel Krasko, pro se.

Kevin Barry, pro se.

Lorraine Barry, pro se.

Keith Richards, pro se.

Teresa Arca, pro se.

William Ziegelmeir, pro se.

Patrick Desarlo, pro se.

Noreen Desarlo, pro se.

Antoinette Cacovic, pro se.

Alexander Cacovic, pro se.

William Geer, pro se.

Randy S. Brenner, pro se.

Andrew Porazzo, pro se.

Pawel Krasko, pro se.

Patricia Deangelis, pro se.

Karen Doty, pro se.

Ricard Doty, pro se.

James Arca, pro se.

William Ziegelmeir, pro se.

Marion Slawinski, pro se.

Marie Slawinski, pro se.

Joanne Williams, pro se.

Dreu Williams, pro se.

Eugene Dalton, pro se.

Nan Dalton, pro se.

Raymond Denninger, pro se.

June Allison, pro se.

John Arciuolo, pro se.

Lauranne Bahrey, pro se.

Michael Barker, pro se.

Ann Marie Barone, pro se.

Thomas Basmagy, pro se.

Hassena Bishun, pro se.

Dennis M. O'Connor, pro se.

Nicholas Lusuriello, pro se.

Thomas M. Flanders, pro se.

All Plaintiffs, pro se.

Adlai Jonathan Jacob Small, Amer S. Pharaon, Anthony Molloy, III, Caroline F. Bartlett, Elissa Judith Glasband, Eric Sean Westenberger, Joseph E. Hopkins, Justin Scott Strochlic, Susan K. Conway, James Edward Tyrrell, Jr., Adlai Jonathan Jacob Small, Patton Boggs, LLP, Newark, NJ, Erin M. Sullivan, Gregg Scott Scharaga, Havkins Rosenfeld Ritzert & Varriale, LLP, Judith Pearl Falk, Andrew John Scholz, James Bruce Eisenberg, Thomas A. Egan, Gerald Gordon Paul, Flemming Zulack Williamson Zauderer, LLP, Matthew J. Maiorana, Queller, Fisher, Washor, Fuchs & Kool LLP, Peter W. Wies, Corporation Counsel of the City of New York, Suzanne Eleanor Success, Scot C. Gleason, New York City Law Depart. Office of the Corporation Counsel, Gregg

Scott Scharaga, Havkins Rosenfeld Ritzert & Varriale, LLP, Mark Joseph Weber, Mound Cotton Wollan & Greengrass, Steven Alan Reiss, Theodore Elias Tsekerides, Weil, Gotshal & Manges LLP, Richard Eric Leff, McGivney & Kluger, Brian Pelle Moran, Paul, Hastings, Janofsky & Walker LLP, Brian Scott Levine, James Finbar Desmond, Jr., Theresa Brennan, Lorraine Gwynneth McKay, Cozen O'Connor, Nancy Loraine Pennie, Aaronson Rappaport Feinstein & Deutsch, LLP, Edward M. Fogarty, Jr., Litchfield Cavo, Demetra Sophocleous, Morrison Mahoney, LLP, Francesca Elizabeth Connolly, Malapero & Prisco, LLP, Lee Ann Stevenson, Michael David Reisman, Kirkland & Ellis LLP, Virginia Goodman Futterman, Brian Adam Kalman, London Fischer, LLP, Kimberly Marie Jagodzinski, Jason Andrew Harrington, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, Abbie Lynn Eliasberg Fuchs, Harris Beach, PLLC, Dorothy Samel, Jeffrey Samel & Partners, Kenneth George Schwarz, Fischbein, Badillo, Wagner & Harding, Maria J. Ciccia, Squitieri & Fearon LLP, Richard M. Fedrow, Bivona & Cohen, P.C., Howard F. Strongin, Jill Suzanne Taylor, Strongin Rothman & Abrams, LLP, New York, NY, Jonathan M. Peck, Patton Boggs, L.L.P., 6th Floor, NJ, Ryan Seth Goldstein, Law Office of Ryan S. Goldstein, PLLC, Bronx, NY, Shana Lynn Burleson, Shannon W. Conway, Dallas, TX, Michael John Lyle, Weil Gotshal & Manges LLP, Robert J. Higgins, Dickstein Shapiro Morin & Oshinsky LLP, Washington, DC, N. Madro Bandaries, Madro Bandaries, PLC, New Orleans, LA, Danielle Marie White, The Dannon Company, Inc., Steven Robert Kramer, Geraldine Ann Cheverko, Eckert, Seamans, Cherin & Mellott LLC, White Plains, NY, Andrew John Gibbs, Cherry Hill, NJ, Anita B. Weinstein, Cozen O'Connor, Jennifer M. Brooks, Michael Kinkopf, Eckert Seamans Cherin & Mel-

lott, LLC, Philadelphia, PA, Christopher Quinn, Gary W. Harvey, Jeffrey A. Kidder, Morrison Mahoney, LLP, Boston, MA, Christian Holt Gannon, Segal McCambridge Singer & Mahoney, Ltd., Chicago, IL, Marc Howell Pillinger, Kuczinski, Vila, Tarallo, Pillinger & Miller, LLP, Elmsford, NY, Aaron J. Stahl, Alashia L. Chan, Jairo Andres Mayor, Joseph A. Clark, Maureen C. Pavely, Benjamin E. Haglund, Day Pitney, L.L.P., Parsippany, NJ, Brian E. Moffitt, John D. Coyle, Florham Park, NJ, Cynthia K. Courtney, Day Pitney, L.L.P., Hartford, CT, Christopher C. Ross, Law Office of Christopher Ross, East Patchogue, NY, for Defendants.

Atlantic Heydt Corp., pro se.

Bacou-Dalloz US Headquarters, Smithfield, RI, pro se.

Skidmore Owings & Merrill LLP, New York, NY, pro se.

Lockwood Kessler & Bartlett, Inc., Syosset, NY, pro se.

Seasons Industrial Contracting, Staten Island, NY, pro se.

Lefrak Organization Inc., Rego Park, NY, pro se.

Rockrose Development Corp., New York, NY, pro se.

Simpson Gumpertz & Heger Inc., New York, NY, pro se.

Semcor Equipment and Manufacturing Corporation, Keyport, NJ, pro se.

Dakota Demo-Tech, Inc., Kings Park, NY, pro se.

Lastrada General Contracting Corp., College Point, NY, pro se.

Grub & Ellis Management Services, Inc., Albany, NY, pro se.

Survivair Respirators, Inc., Santa Ana, CA, pro se.

Moretrench American Corporation, Albany, NY, pro se.

Lucius Pitkin, Inc., New York, NY, pro se.

Ry Management, Brooklyn, NY, pro se.

Ove Arup & Partners P.C., New York, NY, pro se.

Off Road Welding, Inc., Glen Gardner, NJ, pro se.

Parson Group, Inc., New York, NY, pro se.

### ORDER ACCEPTING REPORT OF SPECIAL COUNSEL AND PROVIDING FOR EFFECTIVENESS OF SETTLEMENT

ALVIN K. HELLERSTEIN, District Judge:

■ I conducted a hearing on December 22, 2010, to consider and regulate two issues necessary to be resolved to consummate the Affirmation of Final Settlement as provided by § XXII of the Settlement Process Agreement, As Amended ("SPA"): (1) the report by the Special Counsel, appointed by my Order of November 24, 2010, concerning the intentions of persons on the Eligible Plaintiffs List ("EPL") of the SPA (a) to enter into the settlement, (b) to opt out of the settlement and to continue with their cases, or (c) to dismiss their cases, or have their cases dismissed, with prejudice; and (2) issues to be resolved prior to the Parties' readiness to execute the Affirmation of Final Settlement Agreement. After hearing the parties, I rule as follows:

1. The written report of the Special Counsel, Michael Hoenig, Esq., and Herzfeld & Rubin, P.C., is accepted and ordered to be filed. The report is attached as Exhibit D to this Order. Mr. Hoenig's conclusions are the subjects of the rulings that follow.

2. The Special Counsel communicated, and exerted best efforts to communi-

cate, with 546 Eligible Plaintiffs, as defined and identified by the SPA, who had not expressed an intention regarding the settlement. This pool included all individuals who had voluntarily dismissed their claims pursuant to Federal Rule of Civil Procedure 41 prior to his appointment. The Special Counsel's efforts have produced the following results:

a. 45 Plaintiffs have stated their intentions to be added to the list of Plaintiffs opting into the settlement. The Special Counsel has provided this information to Plaintiffs' regular counsel, and I am advised that Plaintiffs' regular counsel have transmitted the appropriate paperwork for these Plaintiffs to counsel for the WTC Captive Insurance Company, who have included these Plaintiffs in the settlement.

b. 29 Plaintiffs opted out of the settlement with the intention to continue with their cases. These 29, and the approximately 123 others who previously expressed their intentions to continue with their cases, will be the subjects of a status conference I have scheduled to be held February 2, 2011, at 2:15 pm.

c. 48 plaintiffs asked that their cases be dismissed. All 48 were made aware that all dismissals would be with prejudice, by Court Order. Their cases are being dismissed with prejudice by separate Order pursuant to Federal Rule of Civil Procedure 41(a)(2).

d. 409 Plaintiffs could not be found, or failed or refused to respond to their lawyers' efforts, and to Special Counsel's efforts to locate and communicate with them. By failing to maintain communications and provide instructions to their attorneys, despite numerous efforts by their lawyers and the Special Counsel whom I appointed, they have failed purposefully and intentionally to prosecute their cases. Their cases are being dismissed with prejudice by separate Order pursuant to Federal Rule of Civil Procedure 41(b). Consistent with the terms of the dismissal Order, any motion by these Plaintiffs to reinstate their cases, pursuant to Federal Rule of Civil Procedure 60(b), must be made within 30 days of this Order.

e. 13 individuals presently named as Plaintiffs are deceased, which has led to additional complexities involving the status of their cases. The Special Counsel is presently working to solve the issues arising in these cases, and a report on his progress shall be provided to the Court in due course. These cases shall remain open for the time being.

3. A Plaintiff whose case is dismissed with prejudice is to be removed from the EPL. Accordingly, the Plaintiffs dismissed pursuant to this order and the companion orders also issued today, 457 in number, are to be subtracted from the EPL. *See* SPA § VI.A.

4. Although counted among the settling Plaintiffs, some Plaintiffs have had deficiencies in their individual settlement documents, and the parties have been working to clear up these deficiencies to ensure a complete release and an initiation of settlement payments. These Plaintiffs are subject to the following orders.

a. 52 Plaintiffs, including Derivative Plaintiffs, although clearly expressing their intention to settle and to release and not to sue Defendants in accordance with the SPA, have done so by documents containing

various imperfections. A list of these Plaintiffs is attached as Exhibit A—Primary Plaintiffs and Exhibit A—Derivative Plaintiffs ("Exhibits A"). I rule that the imperfections and deficiencies do not diminish or undermine the legal effect of the documents. The 27 Primary Plaintiffs and 25 Derivative Plaintiffs identified on the respective Exhibits A are hereby deemed to have executed legally binding Releases and Second Injury Letters, and the Primary Plaintiffs have opted into the settlement for purposes of satisfying the Opt–In Threshold. Primary Plaintiffs and Derivative Plaintiffs on Exhibits A also are eligible to receive all payments due them under the Final Settlement Agreement, and are bound by the terms and conditions of the releases as set forth in Exhibit P to the SPA.

b. Another group of Plaintiffs, including Derivative Plaintiffs, although also having evidenced their intention to settle, have failed to execute properly the appropriate documents. A list of 79 Primary Plaintiffs in this category is attached as Exhibit B, and a list of 288 Derivative Plaintiffs in this category is attached as Exhibit C. With regard to these Plaintiffs, I rule as follows.

(i) Primary Plaintiffs identified on Exhibit B shall be deemed to have opted into the SPA for purposes of satisfying the Opt–In Threshold, but shall not receive any payments under the SPA until their respective deficiencies have been cured, or until further order of the Court. Fees or expenses relating to such Plaintiffs shall not be paid until the deficiencies are cured. The Parties shall attempt to resolve any disputes over deficiencies with the assistance of the Special Masters before seeking relief from the Court.

(ii) Derivative Plaintiffs identified on Exhibit C have claims that derive and depend upon the claim of their settling spouse, who is the Primary Plaintiff. Each of these Derivative Plaintiffs has a Primary Plaintiff spouse who either (a) has executed a proper release, or (b) is listed on Exhibit B. All such Derivative Plaintiffs' shall cure the deficiencies in their derivative releases before January 14, 2011. The related Primary Plaintiffs shall be deemed to have opted into the SPA for purposes of satisfying the Opt In Threshold, and the related Primary Plaintiffs' claims will be evaluated by the Allocation Neutral. If any issues arise from separation or divorce, or from the death of spouses, those should be brought to the attention of the Allocation Neutral and the Parties by January 14, 2011, so that any necessary set-aside of derivative awards can be paid to the appropriate court. If, by January 14, 2011, the deficiencies are not remedied in accordance with this Order, the derivative claims may be dismissed with prejudice.

5. The SPA provides additional compensation to the settling Plaintiffs if the overall opt-in rate exceeds the minimum required threshold, ninety-five percent of Eligible Plaintiffs. For every additional one percent over the minimum, the WTC Captive Insurance Company must pay an additional two percent of the base settlement amount, or $12.5 million, over and above the base amount of $625 million. At opt-in rates exceeding ninety-eight percent, the WTC Captive Insurance Company must pay

two-tenths of one percent (.2 percent) of the base settlement amount for every one-tenth of one percent (.1 percent) over the minimum. This amounts to an added $1.25 million for every one-tenth of one percent (.1 percent) over the 98 percent threshold. *See* SPA §§ IV.E, II.A. Additional amounts of incentive payments may be available based on other criteria. *See id.* §§ II.A, IV. The WTC Captive Insurance Company represents that, before adjustment for dismissals, ninety-six and three-tenths percent (96.3 percent) of the Eligible Plaintiffs had opted into the settlement agreement. This figure, however, does not account for dismissals with prejudice provided in today's Orders; these should be removed from the EPL, *see* SPA § IV.A., and the ratio for calculating the opt-in percentage adjusted. It appears, *prima facie*, that after removing these dismissed Plaintiffs from the EPL, the final percentage of Plaintiffs who have opted into the settlement exceeds ninety-eight percent. It follows that the amount of incentive payments should be $37.5 million at ninety-eight percent plus whatever fractional percentages over and above ninety-eight percent reflect the actual ratio of settling Plaintiffs to Eligible Plaintiffs who have not been dismissed with prejudice, as well as whatever additional incentive payments may be triggered.

6. Immediately following the report of the WTC Captive Insurance Company, fixing the several numbers identified in this Order, and the entry of this Order, the Affirmation of Final Settlement shall be signed and, as provided by the SPA, the payments thereunder shall duly issue by the Allocation Neutral to the Plaintiffs entitled thereto.

7. The WTC Captive Insurance Company, or any other party feeling aggrieved by any term of this Order or the dismissal Orders also issuing today, may file objections and supporting briefing by January 7, 2011, at 12:00 pm.

SO ORDERED.

## Exhibit A—Primary Plaintiffs

| No. | Primary Plaintiff Last Name | Primary Plaintiff First Name | Derivative Plaintiff Last Name | Derivative Plaintiff First Name | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| 1 | Carroll | Padraig | Carroll | Deirdre | 06cv13827 | 21mc100 |
| 2 | Diaz | Diego | Garcia | Veronica | 07cv09089 | 21mc100 |
| 3 | Dilenna | Albert | | | 05cv08877 | 21mc100 |
| 4 | Dunne | John | Dunne | Mary | 06cv13882 | 21mc100 |
| 5 | Golba | Fred | | | 10cv00554 | 21mc100 |
| 6 | Hanson | Robert | | | 06cv07309 | 21mc100 |
| 7 | Hubert | Frank | | | 06cv11695 | 21mc100 |
| 8 | LoPresti | Laura | Lopresti | Peter | 06cv14809 | 21mc100 |
| 9 | Maklari | Dennis | Maklari | Linda | 08cv00728 | 21mc100 |
| 10 | McGlyn | John | McGlyn | Kim | 06cv14858 | 21mc100 |
| 11 | McKee | Evelyn | Mckee | Shaun | 07cv04389 | 21mc100 |
| 12 | Mitchell | Solomon | Mitchell | Victoria | 06cv14883 | 21mc100 |
| 13 | Montgomery | Peter | Montgomery | Jacalyn | 06cv12337 | 21mc100 |
| 14 | Nicotra | Doreen | Nicotra | Stephen | 06cv14056 | 21mc100 |
| 15 | Nunez | Marino | Nunez | Magnolia | 07cv10248 | 21mc100 |
| 16 | Sparacia | Christopher | Sparacia | Dawn | 06cv09220 | 21mc100 |

| No. | Last Name | First Name | Last Name | First Name | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| 17 | Taylor | Sondra | Taylor, Sr. | Robert | 08cv11445 | 21mc100 |
| 18 | Trance | Michael | Trance | Evelyn | 06cv15098 | 21mc100 |
| 19 | Foremska | Lucyna | Foremska | Tadeusz | 05cv03090 | 21mc102 |
| 20 | Galvis | Edgar | | | 06cv03422 | 21mc102 |
| 21 | Tabares | Ljiljana | | | 07cv08289 | 21mc102 |
| 22 | Caivinagua | Juan | | | 07cv01574 | 21mc103 |
| 23 | Gallego | Carmen | Gallego | Salazar | 07cv00062 | 21mc103 |
| 24 | Jones | James | | | 06cv11700 | 21mc103 |
| 25 | Leon | Cesar | Dipini | Agnes | 07cv00063 | 21mc103 |
| 26 | Quizhpi | Nelly | Sinchi | Victor | 08cv04941 & 07cv01535 | 21mc103 |
| 27 | Riera | Carlos | | | 07cv01518 | 21mc103 |

### Exhibit A—Derivative Plaintiffs

| No. | Primary Plaintiff Last Name | First Name | Derivative Plaintiff Last Name | First Name | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| 1 | Arellano | Lorenzo | Arellano | Tricia | 05cv01082 | 21mc100 |
| 2 | Arthur | Kenrick | Vines | Valerie | 06cv10603 | 21mc100 |
| 3 | Athanassiou | Theo | Athanassiou | Helen | 06cv11156 | 21mc100 |
| 4 | Bryan | Raymond | Bryan | Sheila | 06cv11632 | 21mc100 |
| 5 | Dunne | John | Dunne | Mary | 06cv13882 | 21mc100 |
| 6 | Edwards | Keith | Edwards | Maria | 06cv08958 | 21mc100 |
| 7 | Hill | Kelvin | Hill | Diana | 07cv09124 | 21mc100 |
| 8 | Keane | Robert | Keane | Cathy | 06cv10371 | 21mc100 |
| 9 | Maklari | Dennis | Maklari | Linda | 08cv00728. | 21mc100 |
| 10 | McGlyn | John | McGlyn | Kim | 06cv14858 | 21mc100 |
| 11 | Mulcahy | Daniel | Mulcahy | Siobhan | 06cv10667 | 21mc100 |
| 12 | O'Neill | Daniel | O'Neill | Grisell | 06cv10620 | 21mc100 |
| 13 | Rhiman | Alim | Rhiman | Bibi | 06cv12444 | 21mc100 |
| 14 | Soliman | Elsayed | Elsayed | Doris | 05cv03693 | 21mc100 |
| 15 | Thomson | Dennis | Thomson | Anita | 05cv01630 | 21mc100 |
| 16 | Tierney | Brian | Tierney | Denise | 06cv11124 | 21mc100 |
| 17 | Trance | Michael | Trance | Evelyn | 06cv15098 | 21mc100 |
| 18 | Gavidia | Blanca | Gavidia | Alexo | 07cv04468 | 21mc102 |
| 19 | Guiracocha | Samuel | Guiracocha | Rosa Matilde | 06cv12120 | 21mc102 |
| 20 | Kowalczyk | Adam | Kowalczyk | Sabina | 06cv02252 | 21mc102 |
| 21 | Vivar | David | Vivar | Luz | 07cv05390 | 21mc102 |
| 22 | Alvarez–Garcia | Hernando | Alvarez | Ligia | 07cv11016 | 21mc103 |
| 23 | Khan | Imtiaz | Khan | Bibi | 06cv12182 | 21mc103 |
| 24 | Martin | Craig | Martin | Beatrice | 06cv08035 | 21mc103 |
| 25 | Sandoya | Henry | Alvarez | Gloria | 07cv11025 | 21mc103 |

### Exhibit B

| No. | Primary Plaintiff Last Name | First Name | Derivative Plaintiff Last Name | First Name | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| 1 | Alessi | John | Alessi | Sunshine | 07cv08864 | 21mc100 |
| 2 | Anzalone | Robert | Anzalone | Ann Marie | 05cv01627 | 21mc100 |
| 3 | Athanassiou | Theo | Athanassiou | Helen | 06cv11156 | 21mc100 |

| No. | Primary Plaintiff Last Name | Plaintiff First Name | Derivative Plaintiff Last Name | Plaintiff First Name | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| 4 | Bishun | Kampta | Bishun | Hassena | 07cv04314 | 21mc100 |
| 5 | Blount | Anthony | | | 09cv03307 | 21mc100 |
| 6 | Boyles | Melba | Finlator | Michael | 06cv10258 | 21mc100 |
| 7 | Calabrese | Mathew | Calabrese | Linda | 06cv08954 | 21mc100 |
| 8 | Capobianco | Kenneth | Capobianco | Michele | 06cv14531 | 21mc100 |
| 9 | Carter | Yannique | | | 06cv14538 | 21mc100 |
| 10 | Citara, Sr. | John | | | 08cv00642 | 21mc100 |
| 11 | Dacunto | Robert | Dacunto | Nancy | 06cv09024 | 21mc100 |
| 12 | Dalton | Charles | | | 03cv00006 | 21mc100 |
| 13 | Davis | Jacqueline | Manzo | Michael | 06cv08032 | 21mc100 |
| 14 | DeSalvo | Jack | DeSalvo | Jennifer | 06cv14604 | 21mc100 |
| 15 | DeSio | James | DeSio | Kim | 06cv07389 | 21mc100 |
| 16 | Dobbins | James | Dobbins | Jacqueline | 06cv12028 | 21mc100 |
| 17 | Elci | Thomas | Elci | Rosaria | 06cv09993 | 21mc100 |
| 18 | Ford | Jeffrey | Ford | krista | 06cv10557 | 21mc100 |
| 19 | Fox | Robert | Fox | Ana | 05cv01070 | 21mc100 |
| 20 | Francisco | Vladimir | | | 06cv11762 | 21mc100 |
| 21 | Garcia | Franklin | | | 06cv09560 | 21mc100 |
| 22 | Golba | Fred | | | 10cv00554 | 21mc100 |
| 23 | Harris | Eugene | Newton–Harris | Yolanda | 05cv01382 | 21mc100 |
| 24 | Hill | Kelvin | Hill | Diana | 07cv09124 | 21mc100 |
| 25 | Howley | William | Howley | Mary | 06cv11694 | 21mc100 |
| 26 | Hudak | Richard | Hudak | Carole | 07cv08897 | 21mc100 |
| 27 | Johnson | Raymond | | | 06cv12163 | 21mc100 |
| 28 | Johnson | Rita | | | 06cv12766 | 21mc100 |
| 29 | Johnson, Jr. | Robert | Johnson | Christine | 03cv00007 | 21mc100 |
| 30 | Karen | Howard | Karen | Deborah | 07cv10169 | 21mc100 |
| 31 | Kearns Jr. | Thomas | Kearns | Mary Ann | 06cv14768 | 21mc100 |
| 32 | Kibler | Robert | | | 06cv11559 | 21mc100 |
| 33 | Lee | Ricky | | | 06cv08445 | 21mc100 |
| 34 | Martinez | Hector | Martinez | Rosanna | 06cv09126 | 21mc100 |
| 35 | Mayers | Cedric | | | 06cv08460 | 21mc100 |
| 36 | McKeon | Eugene | McKean | Cynthia | Notice of Claim | 21mc100 |
| 37 | McMillan | Mary | | | 06cv07319 | 21mc100 |
| 38 | Mendez, Jr. | Nelson | | | 06cv14871 | 21mc100 |
| 39 | Mills | Robert | | | 06cv08474 | 21mc100 |
| 40 | Murray | Bridget | Dorsett | Floyd | 06cv12794 | 21mc100 |
| 41 | Nieves | Antonio | Nieves | Jessica | 06cv12372 | 21mc100 |
| 42 | Norbury | John | McArdle | Gia | 06cv06796 | 21mc100 |
| 43 | Oetting | William | Oetting | Michele | 05cv01717 | 21mc100 |
| 44 | O'Rourke | Kevin | O'Rourke | Stacey | 05cv01791 | 21mc100 |
| 45 | Pellington | Stephen | Pellington | Andrea | 09cv03405 | 21mc100 |
| 46 | Pines | Anthony | Pines | Emma | 06cv10437 | 21mc100 |
| 47 | Ponce | Richard | | | 06cv09673 | 21mc100 |
| 48 | Powell | Issac | | | 05cv01612 | 21mc100 |
| 49 | Riccardi | Joseph | Riccardi | Maria | Notice of Claim | 21mc100 |
| 50 | Roberts | Edwin | Roberts | Evelyn | 07cv10832 | 21mc100 |
| 51 | Russo | James | | | 08cv04665 | 21mc100 |
| 52 | Ryan | Christopher | Ryan | Erin | 05cv01632 | 21mc100 |

| No. | Primary Plaintiff Last Name | First Name | Derivative Plaintiff Last Name | First Name | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| 53 | Saitta | Daniel | Saitta | Laura | 07cv09180 | 21mc100 |
| 54 | Scacchi | Luigi | Mancini | Giuseppina | 07cv10843 | 21mc100 |
| 55 | Schmidt | Charles | | | 06cv10157 | 21mc100 |
| 56 | Serrano | Jose | | | 06cv11584 | 21mc100 |
| 57 | Solis | Oscar | Solis | Sandra | 06cv07551 | 21mc100 |
| 58 | Spagnola | Joseph | Spagnola | Wendy | 06cv15074 | 21mc100 |
| 59 | Tavarez | Ruth | | | 06cv07255 | 21mc100 |
| 60 | Timashev | Marat | Timasheva | Guzalya | 07cv06518 | 21mc100 |
| 61 | Truglio | Steven | Truglio | Aleksandra | 06cv15101 | 21mc100 |
| 62 | Valarezo | Wilson | Obando–Aguire | Sara | 06cv07564 | 21mc100 |
| 63 | Valerga | Paul | Valerga | Tracy | 08cv00804 | 21mc100 |
| 64 | Valerio | Joseph | Valerio | Patti | 06cv10893 | 21mc100 |
| 65 | Weeks | Raul | Weeks | Ana | 05cv02551 | 21mc100 |
| 66 | Zachar | Kenneth | Zachar | Daniella | 06cv12639 | 21mc100 |
| 67 | Alvear | Santiago | Carpio | Martha | 06cv02220 | 21mc102 |
| 68 | Delacruz | Gloria | Delacruz | Ramon | 07cv01599 | 21mc102 |
| 69 | Guerrero | Antonio | | | 07cv05294 | 21mc102 |
| 70 | Morales | Segundo | Morales | Dolores | 07cv01668 | 21mc102 |
| 71 | Pumacuri | Manuel | | | 09cv03453 | 21mc102 |
| 72 | Valdiviezo | Hector | Casado | Veronica | 07cv01542 | 21mc102 |
| 73 | Zamora | Bolivar | Huiracocha | Fanny | 08cv02740 | 21mc102 |
| 74 | Azubike | Victor | Azubike | Tekrisha | 07cv09058 | 21mc103 |
| 75 | Cesta | Monte | Mesa | Elaine | 08cv02597 | 21mc103 |
| 76 | Giraldo | Hitier | | | 07cv05554 | 21mc103 |
| 77 | Marshall | Donna | | | 07cv05417 | 21mc103 |
| 78 | Naranjo | Adolfo | Alcivar | Doris | 08cv02295 | 21mc103 |
| 79 | Salwa | Jan | Salwa | Irena | 08cv02707 | 21mc103 |

## Exhibit C

| No. | Primary Plaintiff Last Name | First Name | Derivative Plaintiff Last Name | First Name | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| 1 | Addonisio | Nick | Addonisio | Lisa | 07cv08862 | 21mc100 |
| 2 | Agnelli | Anthony | Agnelli | Rose | 06cv11882 | 21mc100 |
| 3 | Akil | Okpara | Akil | Ronnita | 06cv11905 | 21mc100 |
| 4 | Alaimo | Salvatore | Alaimo | Donna | 05cv09330 | 21mc100 |
| 5 | Alexander | Victor | Alexander | Geraldine | 07cv04405 | 21mc100 |
| 6 | Audino | Joseph | Audino | Audrey | 06cv09965 | 21mc100 |
| 7 | Bagiokos | Sarantos | Bagiokos | Patricia | 06cv07938 | 21mc100 |
| 8 | Barnes | Milton | Barnes | Bernice | 05cv09953 | 21mc100 |
| 9 | Bavaro | Paul | Bavaro | Carolyn | 05cv01081 | 21mc100 |
| 10 | Bechtold | William | Bechtold | Marie Elissa | 07cv08867 | 21mc100 |
| 11 | Beck | James | Beck | Christine | 06cv10706 | 21mc100 |
| 12 | Benn | Richard | Benn | Ann | 07cv09064 | 21mc100 |
| 13 | Bennett | Howard | Bennett | Donna | 05cv01424 | 21mc100 |
| 14 | Bishun | Kampta | Bishun | Hassena | 07cv04314 | 21mc100 |
| 15 | Blackwood | Andre | Blackwood | Karen | 06cv10251 | 21mc100 |
| 16 | Boccanfuso | Bryan | Boccanfuso | Tina | 06cv12848 | 21mc100 |
| 17 | Bomhoff | John | Bomhoff | Joanne | 06cv11543 | 21mc100 |

| No. | Primary Plaintiff Last Name | Primary Plaintiff First Name | Derivative Plaintiff Last Name | Derivative Plaintiff First Name | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| 18 | Bonanno | Anthony | Bonanno | Stephanie | 06cv10253 | 21mc100 |
| 19 | Booth | Paul | Booth | Julie | 06cv09271 | 21mc100 |
| 20 | Bourne | Thomas | Bourne | Joann | 08cv01351 | 21mc100 |
| 21 | Bovell | Leon | Bovell | Stephanie | 06cv13618 | 21mc100 |
| 22 | Bratjan | Jeffrey | Bratjan | Brandi | 07cv10084 | 21mc100 |
| 23 | Brumbaugh | Ronald | Brumbaugh | Joanne | 06cv08343 | 21mc100 |
| 24 | Bustamante | Enrique | Bustamante | Lusmila | 06cv12711 | 21mc100 |
| 25 | Butler | Julio | Butler | Regina | 07cv04338 | 21mc100 |
| 26 | Cacovic | Alexander | DeMasi–Cacovic | Antionette | 05cv04222 | 21mc100 |
| 27 | Caggiano | Victor | Caggiano | Sofia | 06cv13815 | 21mc100 |
| 28 | Calabrese | Mathew | Calabrese | Linda | 06cv08954 | 21mc100 |
| 29 | Calzolano | Steven | Calzolano | Debra Ann | 06cv10721 | 21mc100 |
| 30 | Campbell | Howard | Campbell | Karlen | 07cv09078 | 21mc100 |
| 31 | Caputo | Joseph | Caputo | Susanne | 07cv04890 | 21mc100 |
| 32 | Cardona | Leslie | Matter | Ron | 07cv04891 | 21mc100 |
| 33 | Carrion | Isidro | Carrasquillo | Teresa | 09cv03320 | 21mc100 |
| 34 | Caruso | Troy | Caruso | Susan | 07cv05194 | 21mc100 |
| 35 | Cassabria | Richard | Cassabria | Mary | 07cv04895 | 21mc100 |
| 36 | Chacko | Ninan | Chacko | Sara | 06cv12717 | 21mc100 |
| 37 | Chambers | Michael | Chambers | Patricia Ann | 05cv02651 | 21mc100 |
| 38 | Chinga | Mario | Chinga | Samantha | 06cv09015 | 21mc100 |
| 39 | Chopping | Roy | Chopping | Jennifer | 06cv09276 | 21mc100 |
| 40 | Coley | Farris | Coley | Sallie | 06cv07377 | 21mc100 |
| 41 | Colucci | Brad | Colucci | Patricia | 06cv08666 | 21mc100 |
| 42 | Conrad | Joseph | Conard | Joan | 06cv14568 | 21mc100 |
| 43 | Coughlin | John | Coughlin | Janet | 06cv11894 | 21mc100 |
| 44 | Coveny | Michael | Coveny | Nancy | 09cv02202 | 21mc100 |
| 45 | Croswell | George | Croswell | Roeina | 06cv09525 | 21mc100 |
| 46 | Cuccaro | Michael | Cuccaro | Anna | 06cv08367 | 21mc100 |
| 47 | Cuevas | Jaime | Cuevas | Daphne | 06cv08589 | 21mc100 |
| 48 | Cupani | Robert | Cupani | Nancy | 06cv13858 | 21mc100 |
| 49 | Davis | Rodney | Davis | Jennifer | 06cv11172 | 21mc100 |
| 50 | Defreitas | Derrick | Howard | Janel | 06cv12021 | 21mc100 |
| 51 | DeJesus | Richard | DeJesus | Eliza | 06cv09031 | 21mc100 |
| 52 | Dellecave | Salvatore | Dellecave | Kimberly | 08cv01369 | 21mc100 |
| 53 | DeLuce | Stephen | DeLuce | Patricia | 06cv10739 | 21mc100 |
| 54 | Demaria | Frank | Demaria | Lisa | 09cv03343 | 21mc100 |
| 55 | DeMasi | Nicholas | DeMasi | Chris | 06cv12732 | 21mc100 |
| 56 | Diaz | Diego | Garcia | Veronica | 07cv09089 | 21mc100 |
| 57 | DiIenna | Albert | Dilenna | Vito | 05cv08877 | 21mc100 |
| 58 | DiLeo | Frank | Dileo | Assuntina | 06cv03316 | 21mc100 |
| 59 | Dilone | Pedro | Dilone | Estrella | 06cv08382 | 21mc100 |
| 60 | DiMartino | James | DiMartino | Xiomara | 06cv12735 | 21mc100 |
| 61 | Dispigna | Pat | Dispigna | Renee | 05cv07685 | 21mc100 |
| 62 | Dobbins | James | Dobbins | Jacqueline | 06cv12028 | 21mc100 |
| 63 | Dombrowski | Julia | Dombrowski | John | 06cv12030 | 21mc100 |
| 64 | Donohue | Guy | Judge | John | 06cv08762 | 21mc100 |
| 65 | D'Ornellas | Manuel | Lambert | George | 07cv10097 | 21mc100 |
| 66 | Dorrmann | Robert | Dorrmann | Christina | 06cv13879 | 21mc100 |

| No. | Primary Plaintiff Last Name | First Name | Derivative Plaintiff Last Name | First Name | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| 67 | DuBois | Richard | Dubois | Tara | 08cv00665 | 21mc100 |
| 68 | Dunworth | Michael | Dunworth | Rosemarie | 09cv03349 | 21mc100 |
| 69 | Durler | David | Durler | Nanci | 07cv08959 | 21mc100 |
| 70 | Dziubela | Richard | Dziubela | Carolann | 06cv08595 | 21mc100 |
| 71 | Erler | Richard | Erler | Barbara | 06cv10125 | 21mc100 |
| 72 | Esposito | Paul | Esposito | Corrine | 06cv08394 | 21mc100 |
| 73 | Failla | Louis | Failla | Kerriann | 06cv10750 | 21mc100 |
| 74 | Farrell | Charles | Farrell | Maria | 06cv14638 | 21mc100 |
| 75 | Farrell | Daniel | Farrell | Catherine | 06cv08396 | 21mc100 |
| 76 | Farrell | Robert | Schultleis | Maura | 05cv01433 | 21mc100 |
| 77 | Ferraro | Dominic | Ferraro | Barbara | 07cv10769 | 21mc100 |
| 78 | Ferro | Albert | Ferro | Gina | 06cv09551 | 21mc100 |
| 79 | Fisher | Carl | Fisher | Donna | 04cv09083 | 21mc100 |
| 80 | Fitzpatrick | Patricia | Fitzpatrick | Abigail | 08cv06643 | 21mc100 |
| 81 | Francis | Orville | Francis | Margaret | 06cv08597 | 21mc100 |
| 82 | Frey | Keith | Frey | Elizabeth | 06cv12077 | 21mc100 |
| 83 | Fuller | Roy | Fuller | Karen | 06cv10759 | 21mc100 |
| 84 | Furia | Mark | Furia | LeeAnn | 06cv13912 | 21mc100 |
| 85 | Galvin | John | Galvin | Eileen | 08cv04637 | 21mc100 |
| 86 | Gelpi | Manuel | Gelpi | Carmen | 07cv09210 | 21mc100 |
| 87 | Giannandrea | Garry | Giannandrea | Barbara | 06cv02959 | 21mc100 |
| 88 | Gilmartin | Brian | Nagle | Irene | 06cv14685 | 21mc100 |
| 89 | Giovacco | Ralph | Giovacco | Dawn–Marie | 06cv09566 | 21mc100 |
| 90 | Godwin | Eugene | Godwin | Andrea | 06cv10659 | 21mc100 |
| 91 | Goodwill | Aubrey | Goodwill | Morelda | 06cv10329 | 21mc100 |
| 92 | Graziano | Maria | James | Anthony | 07cv04954 | 21mc100 |
| 93 | Gronberg | Richard | Gronberg | Daria | 09cv03365 | 21mc100 |
| 94 | Guarino | Alan | Guarino | Susan | 06cv10768 | 21mc100 |
| 95 | Haner | Jeff | Haner | Ann | 06cv11023 | 21mc100 |
| 96 | Harrington | Michael | Harrington | Jill | 06cv11692 | 21mc100 |
| 97 | Harris | Eugene | Newton–Harris | Yolanda | 05cv01382 | 21mc100 |
| 98 | Harwood | Ronald | Tozer | Brenda | 06cv12132 | 21mc100 |
| 99 | Haynes | William | Haynes | Leah | 06cv10346 | 21mc100 |
| 100 | Hecht, Jr. | Marc | Hecht | Faye | 06cv14716 | 21mc100 |
| 101 | Henderson | William | Henderson | Maria | 05cv01234 | 21mc100 |
| 102 | Hernandez | Jerson | Hernandez | Lillian | 07cv10161 | 21mc100 |
| 103 | Hickey | Peter | Hickey | Pamela | 06cv09081 | 21mc100 |
| 104 | Houck | Charles | Houck | Jill | 06cv12260 | 21mc100 |
| 105 | Hubert | Frank | Hubert | Lauri | 06cv11695 | 21mc100 |
| 106 | Hunter | William | Hunter | Desirae | 06cv11697 | 21mc100 |
| 107 | Jackson | Anthony | Gilliens–Jackson | Janine | 06cv08427 | 21mc100 |
| 108 | Jackson | Paul | Jackson | Kathleen | 05cv01499 | 21mc100 |
| 109 | Johnson | Brendan | Johnson | Jane | 06cv10367 | 21mc100 |
| 110 | Johnson | Darrell | Johnson | Rhonda | 06cv12159 | 21mc100 |
| 111 | Johnson, Jr. | Robert | Johnson | Christine | 03cv00007 | 21mc100 |
| 112 | Jones | Robert | Jones | Joyce | 06cv07449 | 21mc100 |
| 113 | Khan | Shawn | Khan | Suzanne | 06cv11558 | 21mc100 |
| 114 | Khealie | Ralph | Khealie | Shirley | 07cv04194 | 21mc100 |
| 115 | Kleiman | Jeff | Kleiman | Diane | 06cv14775 | 21mc100 |

| No. | Primary Plaintiff Last Name | Primary Plaintiff First Name | Derivative Plaintiff Last Name | Derivative Plaintiff First Name | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| 116 | Lambkin | John | Lambkin | Jane | 06cv10041 | 21mc100 |
| 117 | Latimore–Harp | Dorothy | Harp | Jeffrey | 06cv10043 | 21mc100 |
| 118 | Lavore | Giuseppe | Lavore | Kathryn | 06cv08443 | 21mc100 |
| 119 | Lee | Ryan | Lee | Kalena | 06cv09300 | 21mc100 |
| 120 | Leger–Vargas | Guilaine | Vargas | Hector | 06cv08907 | 21mc100 |
| 121 | Leone | Domenico | Leone | Isabella | 08cv00714 | 21mc100 |
| 122 | Lopez | Rene | Lopez | Juhenne | 06cv13612 | 21mc100 |
| 123 | LoPresti | Laura | Lopresti | Peter | 06cv14809 | 21mc100 |
| 124 | Loughlin | Thomas | Loughlin | Tracy | 06cv09623 | 21mc100 |
| 125 | Lubeck | Victoria | Lubeck | Jason | 06cv09838 | 21mc100 |
| 126 | Luna | Manuel | Rivera | Boroido | 07cv08907 | 21mc100 |
| 127 | Luongo | William | Luongo | Gloria | 06cv10387 | 21mc100 |
| 128 | Luparello | Alessandro | Luparello | Florence | 06cv09624 | 21mc100 |
| 129 | Lynam | James | Lynam | Athena | 06cv11865 | 21mc100 |
| 130 | Maddalena | Erasmo | Maddalena | Antonia | 05cv01710 | 21mc100 |
| 131 | Madden | Eugene | Madden | Karen | 06cv09304 | 21mc100 |
| 132 | Maggiore | Dominick | Maggiore | Rose Ann | 07cv10798 | 21mc100 |
| 133 | Maguire | Peter | Maguire | Lisa | 07cv05137 | 21mc100 |
| 134 | Maher | James | Maher | Rosemary | 06cv06919 | 21mc100 |
| 135 | Maher | John | Maher | Rosemary | 07cv04197 | 21mc100 |
| 136 | Malave | James | Malave | Soraya | 07cv09142 | 21mc100 |
| 137 | Malone | John | Malone | Lisa | 08cv04648 | 21mc100 |
| 138 | Mangan–Nadal | Constance | Nadal | Edwin | 06cv07316 | 21mc100 |
| 139 | Martin | Kevin | Martin | Karen | 06cv09629 | 21mc100 |
| 140 | Martinez | Luis | Martinez | Suzanne | 06cv10665 | 21mc100 |
| 141 | Mastrande | Guy | Mastrande | Silvina | 06cv10393 | 21mc100 |
| 142 | Mazza | Thomas | Mazza | Darann | 06cv08698 | 21mc100 |
| 143 | McAuliffe | John | McAuliffe | Jeanne | 06cv09805 | 21mc100 |
| 144 | McCann | Daniel | McCann | Karen | 06cv03315 | 21mc100 |
| 145 | McCarthy | Jessy | Mungen | Jason | 06cv07247 | 21mc100 |
| 146 | McCaskey | Robert | McCaskey | Patrice | 08cv01398 | 21mc100 |
| 147 | McEwan | Tom | McEwan | Syzzette | 06cv14856 | 21mc100 |
| 148 | McHugh | Thomas | McHugh | Diane | 07cv10014 | 21mc100 |
| 149 | McKee | Evelyn | Mckee | Shaun | 07cv04389 | 21mc100 |
| 150 | McNamara | Robert | McNamara | Lisa | 06cv14863 | 21mc100 |
| 151 | Miller | Richard | Miller | Amy | 07cv10813 | 21mc100 |
| 152 | Miller | Steven | Miller | Noreen | 06cv09641 | 21mc100 |
| 153 | Miller | Taiwo | Miller | Stephanie | 06cv12325 | 21mc100 |
| 154 | Mitchell | Solomon | Mitchell | Victoria | 06cv14883 | 21mc100 |
| 155 | Modawar | Joseph | Modawar | Francesca | 06cv12331 | 21mc100 |
| 156 | Moore | Raymond | Moore | Irene | 06cv06019 | 21mc100 |
| 157 | Moya | Angel | DeLeon–Moya | Sandra | 06cv11093 | 21mc100 |
| 158 | Murawinski | Richard | Murawinski | Marlene | 06cv07321 | 21mc100 |
| 159 | Murray | Bridget | Dorsett | Floyd | 06cv12794 | 21mc100 |
| 160 | Murray | Raymond | Hennessy | Julie | 06cv09342 | 21mc100 |
| 161 | Myers | Harry | Myers | Sophia | 06cv08488 | 21mc100 |
| 162 | Nacional | Modesto | Nacional | Sally | 06cv11226 | 21mc100 |
| 163 | Napolitano | John | Napolitano | Marie | 06cv10145 | 21mc100 |
| 164 | Nieves | Antonio | Nieves | Jessica | 06cv12372 | 21mc100 |

| No. | Primary Plaintiff Last Name | First Name | Derivative Plaintiff Last Name | First Name | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| 165 | Nozile | Fred | Nozile | Amma | 06cv10065 | 21mc100 |
| 166 | O'Connor | Patrick | O'Connor | Lisa | 07cv10194 | 21mc100 |
| 167 | Oakes | Darren | Oakes | Maria | 06cv10425 | 21mc100 |
| 168 | O'Brien | John | O'Brien | Linda | 06cv10668 | 21mc100 |
| 169 | O'Dea | Thomas | O'Dea | Lisa | 08cv04656 | 21mc100 |
| 170 | Ohlson | Linda | Ohson | Rudy | 06cv10067 | 21mc100 |
| 171 | Orellana | Johnny | Orellana | Linda | 06cv14935 | 21mc100 |
| 172 | Orsulich | Stephan | Orsulich | Kazue | 08cv01775 | 21mc100 |
| 173 | Owens–Page | Ella | Page | Ben | 06cv11575 | 21mc100 |
| 174 | Palleschi | Michael | Palleschi | Catherine | 06cv12801 | 21mc100 |
| 175 | Patti | Peter | Patti | Rita | 06cv11832 | 21mc100 |
| 176 | Pellegrino | Joseph | Pellegrino | Gina | 06cv08656 | 21mc100 |
| 177 | Pellington | Stephen | Pellington | Andrea | 09cv03405 | 21mc100 |
| 178 | Peralta | Rafael | Peralta | Yolanda | 06cv14957 | 21mc100 |
| 179 | Perrin | Anthony | Perrin | Denise | 06cv10072 | 21mc100 |
| 180 | Porrata | Anthony | Porrata | Maritza | 06cv08849 | 21mc100 |
| 181 | Presuto | Stephen | Presuto | Carolyn | 07cv05043 | 21mc100 |
| 182 | Puma | Joseph | Puma | Victoria | 09cv03414 | 21mc100 |
| 183 | Ramrattan | Victor | Ramrattan | Bibi | 05cv09340 | 21mc100 |
| 184 | Rios | John | Rios | Elba | 06cv08085 | 21mc100 |
| 185 | Roberts | Carlyle | Roberts | Janice | 06cv09684 | 21mc100 |
| 186 | Roberts | Roland | Roberts | Amelia | 07cv10833 | 21mc100 |
| 187 | Rocchio | Silvestro | Rocchio | Melissa | 06cv12457 | 21mc100 |
| 188 | Rodriguez | Esteban | Rodriguez | Yolanda | 06cv08523 | 21mc100 |
| 189 | Roemer | James | Roemer | Mary | 06cv10863 | 21mc100 |
| 190 | Rogers | Colin | Rogers | Heather | 06cv10468 | 21mc100 |
| 191 | Sabatini | Emil | Sabatini | Robin | 06cv10971 | 21mc100 |
| 192 | Sanchez | Jorge | Sanchez | Christina | 06cv12486 | 21mc100 |
| 193 | Santiago | Erick | Agramonte | Ramona | 05cv01693 | 21mc100 |
| 194 | Schindlar | Michael | Schindlar | Gloria | 06cv15044 | 21mc100 |
| 195 | Sciuto | Steven | Sciuto | Tara | 06cv15053 | 21mc100 |
| 196 | Scott | Julia | Jackson | Jessica | 07cv09185 | 21mc100 |
| 197 | Scotto | Vincent | Scotto | Amy | 05cv09033 | 21mc100 |
| 198 | Settecasi | Frank | Settecasi | Jeanette | 06cv10487 | 21mc100 |
| 199 | Sheridan | Stephen | Sheridan | Kathleen | 06cv09215 | 21mc100 |
| 200 | Shortell | Daniel | Shortell | Staci | 10cv00789 | 21mc100 |
| 201 | Sielaw | Robert | Chiauppa | Maria | 06cv02886 | 21mc100 |
| 202 | Silva | Enrique | Silva | Elizabeth | 06cv09710 | 21mc100 |
| 203 | Sims | Eddie | Sims | Shirley | 06cv12528 | 21mc100 |
| 204 | Slizewski | Kenneth | Kane–Slizewski | Kathy | 05cv01183 | 21mc100 |
| 205 | Somma | Carmine | Somma | Thomas | 08cv05941 & 07cv10211 | 21mc100 |
| 206 | Spera | Robert | Spera | Rita | 06cv12860 | 21mc100 |
| 207 | Spinelli | Frederick | Spinelli | Francine | 05cv01666 | 21mc100 |
| 208 | Stark | Frank | Stark | Pamela | 05cv02495 | 21mc100 |
| 209 | Steil | Joseph | Steil | Linda | 06cv12548 | 21mc100 |
| 210 | Sterling | Joseph | Sterling | Brenda | 06cv15080 | 21mc100 |
| 211 | Stewart | James | Stewart | Sandra | 06cv11590 | 21mc100 |
| 212 | Stoll | Joseph | Stoll | Nazmoun | 06cv12825 | 21mc100 |

| No. | Primary Plaintiff Last Name | Primary Plaintiff First Name | Derivative Plaintiff Last Name | Derivative Plaintiff First Name | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| 213 | Tarawally | Alpha | Tarawally | Kadiatu | 06cv09729 | 21mc100 |
| 214 | Thomas | Harold | Thomas | Ila | 06cv15088 | 21mc100 |
| 215 | Tierney | James | Tierney | Mary | 05cv01642 | 21mc100 |
| 216 | Timashev | Marat | Timasheva | Guzalya | 07cv06518 | 21mc100 |
| 217 | Torres | Jorge | Torres | Jane | 06cv11313 | 21mc100 |
| 218 | Train | Ronald | Train | Merry Lynn | 06cv12582 | 21mc100 |
| 219 | Troiano | Anthony | Hata | Keiko | 06cv07562 | 21mc100 |
| 220 | Truglio | Steven | Truglio | Aleksandra | 06cv15101 | 21mc100 |
| 221 | Trzaska | Thomas | Matson | Mona | 07cv10859 | 21mc100 |
| 222 | Turino | Michael | Turino | Louise | 06cv08112 | 21mc100 |
| 223 | Valarezo | Wilson | Obando–Aguire | Sara | 06cv07564 | 21mc100 |
| 224 | Valentin | Amado | Valentin | Luisa | 06cv09739 | 21mc100 |
| 225 | Valerga | Paul | Valerga | Tracy | 08cv00804 | 21mc100 |
| 226 | Van Utrecht | Harry | Van Utrecht | Yvonne | 06cv09740 | 21mc100 |
| 227 | Vargas | Erik | DiPiazza | Jodilynn | 07cv09000 | 21mc100 |
| 228 | Vega | Orlando | Vega | Luz | 06cv15112 | 21mc100 |
| 229 | Vega | Richard | Vega | Nancy | 06cv10524 | 21mc100 |
| 230 | Velazquez | Rufino | Velazquez | Maria | 06cv08941 | 21mc100 |
| 231 | Velez | David | Velez | Mary | 06cv07567 | 21mc100 |
| 232 | Vitale | John | Vitale | Catherine | 06cv10529 | 21mc100 |
| 233 | Walker | James | Walker | Suzanne | 06cv15128 | 21mc100 |
| 234 | Wanker | Christopher | Wanker | Maghan | 05cv04442 | 21mc100 |
| 235 | Washington | William | Washington | Acention | 05cv02037 | 21mc100 |
| 236 | Waters | Dorothy | Waters | Lorraine | 08cv00811 | 21mc100 |
| 237 | Whitfield | Lorren | Whitfield | Carolyn | 05cv01427 | 21mc100 |
| 238 | Wilczewski | Wieslaw | Wilczewski | Zofia | 06cv12621 | 21mc100 |
| 239 | Williams | LeRoy | Williams | Sonji | 06cv12625 | 21mc100 |
| 240 | Zachar | Kenneth | Zachar | Daniella | 06cv12639 | 21mc100 |
| 241 | Alvear | Santiago | Carpio | Martha | 06cv02220 | 21mc102 |
| 242 | Arias | Julio | Arias | Jane | 06cv01340 | 21mc102 |
| 243 | Davila | Flora | Davila | Paul | 07cv04463 | 21mc102 |
| 244 | Foremska | Lucyna | Foremska | Tadeusz | 05cv03090 | 21mc102 |
| 245 | Guartambel | Jose | Guartarnbel | Mercedes | 08cv04937 | 21mc102 |
| 246 | Loja | Jose | Durazno | Livia Maria | 06cv12219 | 21mc102 |
| 247 | Mendoza | Enrique | De Mendoza | Maria | 07cv05302 | 21mc102 |
| 248 | Mnich | Marian | Mnich | Anna | 08cv05764 | 21mc102 |
| 249 | Mora | Andres | Valdez | Rosa | 08cv02661 | 21mc102 |
| 250 | Morales | Segundo | Morales | Dolores | 07cv01668 | 21mc102 |
| 251 | Moroclloo–Andrade | Simon | Hoyos | Monica | 08cv02663 | 21mc102 |
| 252 | Naula | Miguel | Margarita | Maria | 08cv02671 | 21mc102 |
| 253 | Paduani | Miguel | Paduani | Camille | 07cv05307 | 21mc102 |
| 254 | Torres | Miguel | Torres | Maria | 07cv04519 | 21mc102 |
| 255 | Valdiviezo | Hector | Casado | Veronica | 07cv01542 | 21mc102 |
| 256 | Alvarez | Maria | Chavarriage | Carlos | 05cv10135 | 21mc103 |
| 257 | Azubike | Victor | Azubike | Tekrisha | 07cv09058 | 21mc103 |
| 258 | Belkowski | Wlodzimierz | Belkowski | Teresa | 07cv05339 | 21mc103 |
| 259 | Carlisi | Michael | Carlisi | Tara | 06cv02819 | 21mc103 |
| 260 | Cesta | Monte | Mesa | Elaine | 08cv02597 | 21mc103 |

| No. | Primary Plaintiff Last Name | First Name | Derivative Plaintiff Last Name | First Name | Civil Action No. | Master Docket |
|-----|------------------------------|------------|--------------------------------|------------|------------------|---------------|
| 261 | DeJesus | Gilberto | DeJesus | Maria | 07cv09087 | 21mc103 |
| 262 | Dominguez | Tailor | Dominguez | Juanna | 08cv02266 | 21mc103 |
| 263 | Donnelly | Christopher | Donnelly | Linde Carol | 07cv09978 | 21mc103 |
| 264 | Encalada | Marco | Encalda | Blanca | 07cv01494 | 21mc103 |
| 265 | Gallego | Carmen | Gallego | Salazar | 07cv00062 | 21mc103 |
| 266 | Greaney | John | Greaney | Andrea | 07cv05410 | 21mc103 |
| 267 | Kajewska–Pielarz | Bozena | Pielarz | Jozef | 05cv00744 | 21mc103 |
| 268 | Leon | Cesar | Dipini | Agnes | 07cv00063 | 21mc103 |
| 269 | Leon | Ines | Quezada | Luis | 07cv04481 | 21mc103 |
| 270 | Liguori | Jerry | Liguori | Rita | 06cv08447 | 21mc103 |
| 271 | Mahoney | Robert | Mahoney | Frances | 06cv11709 | 21mc103 |
| 272 | Maldonado | Felix | Santos | Cristina | 06cv14825 | 21mc103 |
| 273 | Meltz | Richard | Meltz | Karen | 06cv08469 | 21mc103 |
| 274 | Merchan | Carlos | Merchan | Martha | 07cv01665 | 21mc103 |
| 275 | Miranda | Susana | Labre | Martin | 08cv02293 | 21mc103 |
| 276 | Mollahan | Robert | Mollahan | Edward | 07cv05018 | 21mc103 |
| 277 | Pena | Alexander | Pena | Maryan | 07cv08929 | 21mc103 |
| 278 | Ramirez | Harold | Thomas | Novoa | 08cv02304 | 21mc103 |
| 279 | Robles | Blanca | Encalada | Marcos | 07cv01520 | 21mc103 |
| 280 | Rodas | Patricio | Ruiz | Taina | 07cv01694 | 21mc103 |
| 281 | Rojas | Jaime | Hernandez | Johanna | 07cv04511 | 21mc103 |
| 282 | Romaniuk | Mieczyslaw | Romaniuk | Maria | 07cv05316 | 21mc103 |
| 283 | Stanford | Phillip | Stanford | Susan | 08cv05157 | 21mc103 |
| 284 | Szynkowski | Zbigniew | Szynkowska | Ewa | 08cv02308 | 21mc103 |
| 285 | Torres | Felix | Torres | Maria | 06cv01675 | 21mc103 |
| 286 | Vanfechtmann | Edward | VanFechtmann | Lorraine | 07cv01719 | 21mc103 |
| 287 | Vitiello | Andrew | Vitiello | Sylvia | 06cv09244 | 21mc103 |
| 288 | Wragg | Clarence | Wragg | Cecilia | 06cv08125 | 21mc103 |

Exhibit D

Honorable Alvin K. Hellerstein

U.S. District Court for the

Southern District of N.Y.

In Re WTC Disaster Litigation

REPORT TO THE COURT:

*SPECIAL COUNSEL PROJECT*

Dear Judge Hellerstein:

Attached is our Report on the Special Counsel Project assigned to me in your Honor's Order of November 24, 2010. We elaborate the outreach steps considered, the methodology utilized and the results of our communications with some 546 Eligible Plaintiffs who, at the time of our assignment, had not yet opted into the Settlement Process Agreement.

Many hundreds of these had not responded to their lawyers' communications. Your Honor's Order suggested that there were frustrations behind the non-responses. Our contacts with many of these plaintiffs confirmed that.

Based on written response forms returned to us, substantive telephone conferences with plaintiffs or in-person meetings with some, a significant number of Eligible

Plaintiffs expressed a decision on how they wished to proceed. The total numbers are as follows:

Opt Ins: 44

Opt Outs: 31

Discontinuances: 47

Three additional written responses came in after the December 17 deadline (two Opt Outs and one Discontinuance).

If you subtract from the 546 Eligible Plaintiffs originally "assigned" to us the 125 who expressed a definitive choice, the number not responding with a decision on how to proceed is 421.

We have back-up and log data for communications, contacts and response/non-response records for each Eligible Plaintiff on the list received from plaintiffs' counsel. If you require, we can generate a spreadsheet.

We received excellent and unreserved cooperation from William H. Groner and Christopher LoPalo of plaintiffs' law firm. They made our task easier, which was much appreciated given the narrow time frame and the large number of persons needing outreach. We mailed to 544 plaintiffs. We telephoned at least 256 plaintiffs, often multiple times. We engaged in substantive telephone discussions with 128 plaintiffs. We met in person with seven individuals in our New York and Long Island offices. These meetings included two of the first plaintiffs who are among the most vocal and critical of the litigation process and settlement plan. We followed up with them at length by telephone several times. Virtually all of the plaintiffs we engaged in substantive discussions were appreciative for the assistance.

I will not specify here the plaintiffs' questions that our team lawyers addressed but there were many and they were quite complex.

In view of our rush to get the Report to you, please consider the foregoing a kind of "Executive Summary." If you wish a more formal Executive Summary, we will be happy to provide it.

Needless to say, if you have any questions we will try to answer them,

Thank you for this challenging assignment and your confidence in our ability to tackle it.

Sincerely,

Michael Hoenig

Michael Hoenig, Esq.

Herzfeld & Rubin, P.C.

125 Broad Street

New York, N.Y. 10004

Tel: (212)471–8530

Fax: (212) 344–3333

E–Fax: (212)232–6630

*mhoenig@herzfeld-rubin.com*

**\* Please note our new address.**

CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This communication and any attachment to this communication is confidential, is intended solely for the use of the individual or entity to which this communication is addressed and is privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are strictly prohibited from all dissemination, distribution, copying or use of this communication or such attachment. If you have received this communication or any attachment to this communication in error, please immediately notify the sender by email or by calling (212) 471-8500 or one of the numbers

above and Mete and destroy the communication or attachment you have received and all copies thereof. Receipt by an individual or entity, through misdirection, error or mistake, or by wrongful dissemination, does not waive any attorney client, work product or other legal or private privilege, and does not invalidate the sender's requirement and expectation of confidentiality and privacy.

IRS CIRCULAR 230 NOTICE: IRS CIRCULAR 230 REQUIRES THAT WE ADVISE YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION OR IN ANY ATTACHMENT HERETO IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

In Re WTC Disaster Litigation

REPORT TO THE COURT:

### SPECIAL COUNSEL PROJECT

#### Introduction

In its Order dated November 24, 2010, the Court assigned to Michael Hoenig, a member of Herzfeld & Rubin, P.C., the task of acting as Special Counsel to hundreds of Eligible Plaintiffs who had not opted into the Settlement Process Agreement (SPA) to assist them in arriving at a decision in their best interests. These Eligible Plaintiffs consisted of several subgroups; persons who could not be located despite diligent efforts; persons who declined to communicate with their counsel; persons who expressed a desire to opt into the SPA but who had not completed their paperwork; and persons who were on the Eligible Plaintiffs list but who expressed a desire to withdraw from the lawsuit.

The Order tasked Special Counsel to assist such Eligible Plaintiffs to come to a decision on the basis of full and fair disclosure of all the benefits and detriments of each choice and to make proper declaration of such choice. The Order called for plaintiffs' law firms to provide assistance and access to their records. Special Counsel's services were to be performed until December 17, 2010 when they would end.

This Report summarizes the activities and methodologies utilized by Special Counsel in implementing the Court's assignment and describes the results of that effort.

#### 1. Initial Flood of Inquiries

The Court's Order on the Special Counsel Project was announced on November 24, the day before Thanksgiving. Almost immediately, Special Counsel was personally deluged by phone calls from persons who were not Eligible Plaintiffs and who misunderstood the Court's Order to be a general extension of a deadline within which to file new claims or lawsuits or to join in pending litigation or to opt into the settlement. They seemingly were misled by news media and press headlines and accounts of a general extension of the litigation deadline to December 17.

Arrangements were made within Special Counsel's office to field such calls on an orderly, courteous basis. Names and contact information were taken and each such person was called thereafter to explain the nature of the deadline and the purposes of the Special Counsel Project. Those persons who needed legal advice were told to call the New York State Bar Association's Attorney Referral Service and were given the number. Contacts from persons not on the Eligible Plaintiffs List continued throughout the Project.

The initial flood of contacts included calls or e-mails from news media reporters wanting to interview Special Counsel or to get details regarding the assignment. Such contacts were not returned for a number of reasons.

### 2. *Initial Steps*

Because November 25 was Thanksgiving and the Project involved acquiring expert knowledge of many details in a very short period of time, the initial days were spent obtaining and studying the Settlement Process Agreement (SPA), the cancer insurance policy, The Zadroga Bill, contacting plaintiffs' lawyers, obtaining and studying their various letters to their clients (copy of which were appended to Counsel's reports to the Court of November 17 and 22, 2010), and conferring with Special Master Professor Aaron D. Twerski regarding the history and course of the World Trade Center (WTC) litigation, among other efforts.

Because the Court's Order mentioned that some 520 Eligible Plaintiffs had not opted into the SPA and Special Counsel's assignment would end on December 17, consideration had to be given as to how to reach out to so many non-responding persons within the narrow time frame available and give them the information and advice necessary for them to make a decision in their best interests. We were told that many plaintiffs were not responding to their lawyers and quite a number were not able to be located despite diligent efforts by their counsel. As a result, we had to consider and potentially prepare for personal contacts with hundreds of lay persons to explain legal complexities regarding their rights. And, although under the SPA Eligible Plaintiffs fell into only four tiers or settlement categories, individuals' injury pictures differed and the intricate "point system" applied under the SPA rendered complex the job of explaining many plaintiffs' likely settlement offers plus the possibility of additional settlement amounts. These factors meant that explaining potential high and low settlement values to all individuals could entail personal analyses for each plaintiff, especially in tier 4. Time was thus needed to accommodate advising large numbers of persons.

We resolved to focus on establishing personal contacts with as many Eligible Plaintiffs as we could and to emphasize that we were *independent* Special Counsel available to *help* those who wanted such assistance. Because in-person meetings with large numbers of persons were possible, we had to consider the potential of meeting with hundreds of plaintiffs, either individually or in groups. This meant staffing adequately.

Legal complexities abounded. For example, to mention but a few, would opting into the SPA preclude claims for cancers occurring in the future? What would be the effect of the so-called "two-injury" rule the Court had mentioned in an earlier Order? What would be the interface of any of a plaintiff's choices with the benefits accorded under the Zadroga Bill were it to pass? What is the likelihood of success or risk in not settling and continuing on with the lawsuit? How will the Resolution Neutral decide what the plaintiff's settlement amount is? Can one appeal? And so on. These types of questions potentially raised by hundreds of individuals, it was clear, would require a staff of experienced lawyers to counsel those wanting assistance. Because, for many, these were critical crossroads decisions, we also needed paralegals to record and log in all contacts and decisions made by individuals.

Mr. Hoenig assembled a team of seven experienced litigators, one law clerk (awaiting admission to the bar) and a paralegal. The team was briefed extensively

by Mr. Hoenig regarding the assignment; the importance of emphasizing our *independence* and availability to *help* those wanting it; the nature of the SPA; the insurance policy; the Zadroga Bill; *Daubert* considerations; the "two-injury" rule; and a host of other factors. A template for personal discussions by the team attorneys with individual plaintiffs was discussed so that some uniformity of communication would be effected, yet allow some flexibility to cover particularized or varied issues raised by individuals needing personal attention. Mr. Hoenig prepared the team regarding questions likely to be raised and the appropriate responses.

The Court's November 24 Order called for cooperation by plaintiffs' counsel and access to their records. We got it. Mr. Hoenig and his partner, Natalie Lefkowitz, conferred by phone with attorneys William H. Groner and Paul J. Napoli who offered their assistance. We decided that communications with plaintiffs' counsel would be more effective if one or two contact persons were designated. They, in turn, could invoke the assistance of others in their office. Mr. Groner offered his own assistance "24/7" and he truly made good on that offer as Mr. Hoenig and Ms. Lefkowitz often called upon him to discuss implementation of the Project. Mr. Groner designated attorney Christopher LoPalo, another of Plaintiffs' counsel, to be a contact person familiar with their records and plaintiffs' personal data. Mr. LoPalo, too, did not disappoint. His cooperation was prompt and responsive to our requests. Mr. Groner also met with Special Counsel's team in person, described the challenges to be expected in contacting the plaintiffs and answered questions. Mr. LoPalo provided last-known contact information regarding the Eligible Plaintiffs who had not yet opted in, as well as other data critical to our assignment. Information was supplemented by them as needed.

### 3. *Developing A Plan of Action*

Mr. Hoenig carefully reviewed the various letters plaintiffs' counsel had sent to their clients and considered potential problems plaintiffs may have perceived with them. Since the Eligible Plaintiffs not responding to their counsel had already received this style of detailed correspondence, we resolved that any mailing to such plaintiffs should consist only of a simple letter offering Special Counsel's help and emphasizing our independence. The mailing would be via priority mail, overnight delivery. It would include a stamped, self-addressed envelope and a simple form to be signed and returned immediately expressing a wish for such assistance or one of other specified choices. The mailing would also advise about our e-mail address and a toll-free number where the claimant could express his/her wish for help.

Depending on the number of responses and the available time frame, we resolved to have team attorneys available for as many personal meetings as feasible, including one-on-one or group sessions. We would make our offices in lower Manhattan (with sizeable conference rooms) and Long Island available and, if necessary, would rent a convenient hotel meeting room to accommodate an extremely large number of claimants seeking assistance, supplemented by break-out sessions with individual attorneys.

To accommodate those who work during the day, we would have attorneys available for meetings at night and during Saturdays and Sundays.

We would have a staff available to answer our toll-free number seven days a week until late at night. Thereafter, a recorded message would give callers in-

structions on leaving a name and telephone number so that the caller could be contacted the next day.

We considered placing ads in the N.Y. Times, Daily News, N.Y. Post and Newsday, particularly to try to reach the non-locatable plaintiffs. However, upon reflection, we rejected this step. First, costly advertising to millions of newspaper readers in order to try to reach some 80–90 persons who might have relocated outside the New York area did not seem efficient or cost-effective. Second, based on the rush of calls experienced when the news broke about Special Counsel and the December 17 deadline, from those who were not Eligible Plaintiffs and with continuing contacts by such persons, we concluded that advertising to several millions of newspaper readers would invite numerous calls or contacts by those who were not Eligible Plaintiffs but would like to discuss suing or participating in a settlement. A further surge of such callers would distract us from the limited assignment spelled out in the November 24 Order.

We had contact information regarding a number of First Responder or WTC Support Groups and considered placing ads or articles in their newsletters or the group's e-mail distribution channels but here, too, we concluded that persons other than non-located Eligible plaintiffs would rush to try to join litigation that had passed them by. Further, in order to pinpoint messages towards the non-located plaintiffs, we would possibly divulge information to the Responder universe that individual plaintiffs might like to keep private. Ultimately, we concluded that "finding" non-located plaintiffs could be achieved better by investigative efforts targeted at the individuals than by mass publications.

### 4. Implementation of the Project

There were 546 Eligible Plaintiffs who did not opt in to the SPA, according to the records of plaintiffs' counsel. We ascertained that 13 of these were deceased. We obtained from plaintiffs' counsel the names and addresses of 11 of the deceased's family members or representatives but there was no information regarding addresses for two of the deceased Eligible Plaintiffs.

### A. Mailings

Accordingly, we sent out 544 letters, by priority mail overnight delivery, to the Eligible Plaintiffs group within our assignment. The letter was a simple expression of our *independence* and availability *to help*. The mailing also enclosed a response form containing simply-stated choices to be made regarding further action. A box adjacent each choice would be checked and the signed form was to be returned in the enclosed, postage-paid, self-addressed envelope. Plaintiffs also were advised regarding our toll-free telephone number and our e-mail address. A sample Special Counsel letter and response form is attached as "Attachment 1."

Only 10 undelivered, returned mailings reached us. We tried to follow up with each of the 10 Eligible Plaintiffs. Reasons for the returned mailings were:

- 2 "moved, not forwardable"—we tried to reach both by phone and via other telephone numbers, unsuccessfully;
- 1 "no such number"—there was no such house number; his phone number was not working;
- 1 "unclaimed"—we contacted him by phone and e-mailed him another form, which he did not return;
- 1 "no such street"—we contacted him by phone; he verbally expressed

a wish to opt in and we so advised his counsel;

- 1 "undeliverable"—we spoke to the plaintiff and he sent in his form to opt in;
- 1 "not at this address"—this returned mailing reached us on December 20, 2010, after our Project had ended and, therefore, no further attempt was made;
- 1 "attempted not known"—our lawyer tried to call him and left a message on his cell phone number;
- 2 "vacant"—we called the home and office of one plaintiff and both numbers were not in service; the other plaintiff's mailing reached us on December 20, 2010, after our Project had ended and, therefore, no further attempt was made.

Based on the foregoing, an overwhelming number of our mailings, 534, were delivered. Follow-ups on the 10 returned mailings resulted in a number of informative contacts nonetheless.

## B. *Dedicated Phone Line*

We established a dedicated, toll-free phone line. Following the 544 mailings, the toll-free phone line was staffed during the day and up to 11:00 p.m. Thereafter, a recorded announcement invited callers to leave a message and provide contact information. All such calls were followed up the next day by Project team members. Notwithstanding the dedicated, toll-free number, both Mr. Hoenig individually and the office switchboard continued to receive numerous calls relating to the WTC litigation. All such callers were spoken to or contacted later by team members.

## C. *Return Forms*

We received 91 written response forms, most in our postage-paid return envelopes. A few were faxed, e-mailed or sent by plaintiffs in their own envelopes. A few plaintiffs created inconsistencies by checking two boxes, for example, one for "opting out" and one for "discontinuance." These were followed up by phone to clarify the choice.

## D. *Telephone Contacts*

We followed up the mailings with telephone calls to at least 258 plaintiffs. Many involved additional multiple telephone contacts by Project team members because messages were left and then followed up or because we had alternate telephone numbers to try when one number did not result in a conversation. In excess of 600 calls likely were initiated.

Of the 258 plaintiffs we telephoned, we engaged in substantive conversations with 128 plaintiffs. These contacts ranged from brief conversations identifying our independence, our availability to help, our suggestion to return the response forms, our invitation to meet in-person or further by phone, and our answering questions plaintiffs had—to full-blown, lengthy discussions explaining their rights and other input relevant for decision-making. Thus, substantive telephone conversations engaged nearly 25% of the Eligible Plaintiffs within our assignment. This effort, as a practical matter, was arguably even more effective since the initial number of 546 Eligible Plaintiffs included some 90 or so originally listed by counsel as not locatable.

Of the 258 plaintiffs we reached by phone, we also left messages (often multiple) for some 130 persons and these were not returned. Most plaintiffs, when offered in-person meetings, elected to proceed substantively by telephone conference instead. This led to many lengthy phone calls, frequently followed by additional phone conversations.

### E. *In–Person Meetings*

Although we offered all individuals we spoke with in-person meetings, only seven (7) such in-person meetings were held. Several were held at our Long Island office. In one of these the plaintiff did not show up. He then called our Project attorney, apologized and requested a meeting the next day. We accommodated his request. The rest of the in-person meetings were held in our N.Y. City office. One of these involved two plaintiffs at the same time. All in-person meetings were lengthy, substantive and deemed helpful by the individual plaintiffs all of whom expressed appreciation.

Even before our mailings were received, Mr. Hoenig received a request by two of the most vocal and knowledgeable "opt-out" plaintiffs for an in-person meeting. Both were Detectives who were the first plaintiffs in the litigation and both, over the years, had publicly expressed frustration and dissatisfaction with their attorneys' representation and the benefits to be awarded under the SPA. Mr. Hoenig decided to meet with them at their earliest convenience because their outspokenness and visibility within the group would possibly reflect or inform about experiences and frustrations of the larger group of plaintiffs who chose not to respond to their counsel or to opt in to the settlement. Mr. Hoenig was accompanied at this meeting by a few Project team members. The meeting was lengthy, informative and helpful. A number of questions were raised by each plaintiff that Mr. Hoenig said he would try to answer for them in future contacts. The plaintiffs expressed their appreciation.

Thereafter, Mr. Hoenig and Ms. Lefkowitz followed up with repeated, sometimes lengthy and detailed phone conversations with each plaintiff individually. Although each such plaintiff eventually decided not to opt into the settlement, we believe they were informed adequately for purposes of making a decision.

### F. *Non–Locatable Eligible Plaintiffs*

A large number of Eligible Plaintiffs were categorized by their counsel as not located despite diligent efforts to do so. The numbers varied from 93 to less than 80 at different times. We examined the nature of counsel's efforts and found those efforts to be reasonable. Using these plaintiffs' last known addresses and phone numbers, we mailed them the letters and response forms and followed up with attempted phone calls. We also engaged an internet search service to test the results of attempting by such means to find about a half-dozen tier 4 plaintiffs from the "not-located" group. One of our Project lawyers followed up with this service. The process was time-consuming as these advertised internet search services usually introduce the searcher to still more search engines requiring further exploration. Proving to be an unsuccessful test, we tried an alternative approach. One of our technically-oriented paralegals conducted internet searches for nine of the tier 4 "not-located" plaintiffs, as a test. Although he developed additional numbers and locations for some six of the individuals, diligent follow-up showed that they were not correct information for the individuals involved. This approach was halted.

We considered use of an experienced private investigator to do the searches but the hourly charges, the number of hours needed for each person and the time available for our assignment made this an expensive, inefficient project. Additionally, our Project team members had to focus on substantive discussions with numerous Eligible Plaintiffs we were able to reach.

### G. *Responses—Written and Verbal*

As indicated above, the response forms included in the mailing offered the plaintiffs choices of how to proceed. One category offered Special Counsel assistance. Others offered opt-in, opt-out, and discontinuance-of-action choices. (The forms also asked for insertion of their "best" contact information. This provided us with new numbers and alternative channels of communication).

In addition, these choices were discussed in our substantive telephone discussions and during in-person meetings. Thus, Eligible Plaintiffs' expressed wishes were recorded by Project team members whether they were expressed via written response forms or personal meetings or telephone conversations. A log of contacts/responses was kept for each Eligible Plaintiff. If no response was received that, too, was noted. A small number of inconsistencies occurred because some plaintiffs marked two boxes (*e.g.,* opt out and discontinue) or because their telephonic expression of choice differed from the one on the written form. These discrepancies, among others, effected minor changes in the totals for each category.

The following are general results from the responses we received, both written and verbal:

- Only Requested Assistance via Form: 18
- Only Requested Assistance via Toil–Free phone call or E–Mail: 35
- Written Opt In—26
- Verbal Opt In—18
- Written Opt Out—20
- Verbal Opt Out—9
- Written Discontinue—18
- Verbal Discontinue—29

Inconsistent Responses

- 2 said Discontinue but selected "opt out" on the response form.
- 1 said "opt out" but selected "discontinue" on the form.

The inconsistent responses are in addition to the numbers listed above. Thus, depending on which category the response is allocated, that tally will increase.

Melding the written and verbal responses (and crediting the inconsistencies to the written version) yields the following totals:

- Only requests for Special Counsel assistance: 53
- Opt Ins: 44
- Opt Outs: 31
- Discontinuances: 47

[*Note:* In addition to the foregoing, we received three (3) written response forms on December 21, 2010 which is *after* the December 17 deadline. Two of those were "opt-outs." One was inconsistent by checking both "opt out" and "discontinue" boxes.]

Not counting the Requests for Special Counsel Assistance (but including the three (3) late written responses), some 125 Eligible Plaintiffs were assisted in expressing a choice.

### Conclusion

In the time frame between the Court's assignment on November 24 and December 17, 2010, nearly one-quarter of non-responsive Eligible Plaintiffs expressed a decision choosing how they wished to proceed with regard to the SPA. A significant number communicated with Special Counsel's Project team and availed themselves of assistance. As suggested in the Court's Order of November 24, a large number of Eligible Plaintiffs who did not opt in were frustrated and angry regarding the litigation process, the value of their anticipated settlement offer and for other reasons. Additionally, a significant number ex-

pressed feeling overwhelmed by the complexity of their options and the difficulty of making a decision. Contacts with Special Counsel's lawyer team appeared to assuage some of these individuals' feelings and helped to restore to some further communication with their attorneys.

We received excellent and unrestricted cooperation and assistance from Mr. Groner and Mr. LoPalo, members of plaintiffs' law firm.

If additional information is needed we can refer to the logs and records for each plaintiff and provide it.

M. Hoenig

December 21, 2010

Michael Hoenig

Direct Line: (212) 471–8530

mhoenig@herzfeld-rubin.com

December 7, 2010

**Re: Special Counsel Assistance**

*WTC Litigation*

Dear Eligible Plaintiff:

I write to you as independent Special Counsel appointed by Hon. U.S. District Court Judge Alvin K. Hellerstein of the Southern District of N.Y. who presides over the World Trade Center (WTC) litigation.

As you may know, a court-approved settlement has been concluded between Eligible Plaintiffs and certain principal defendants. This Is called the "Settlement Process Agreement" (SPA). An overwhelming number of Eligible Plaintiffs have opted-in to the SPA, more than 95%

overall and even higher in certain injury categories.

Some Eligible Plaintiffs, however, have not yet opted in to accept the settlement offer. As to those, Judge Hellerstein has concluded that In a large litigation such as this certain factors may interfere with individual litigants' needs for a calm, deliberate evaluation of their best interests. He has decided that those individual Eligible Plaintiffs should have an opportunity to evaluate their rights and interests with the help of neutral Special Counsel, to arrive at an informed decision regarding their best interests. Accordingly, Judge Hellerstein has appointed me to act as Special Counsel and, together with attorneys and paralegals at this law firm, to help you arrive at an informed decision.

I stress three factors of importance: (1) we are *Independent* Special Counsel; (2) our sole purpose is to *help* those Eligible Plaintiffs who want assistance to make an informed decision; and (3) we are available to help for only a narrow, brief period, *until mid-December*, when our assignment expires.

Therefore, you have to let us know ASAP if you want our help. To make things easier for you in expressing your wishes to us immediately, we have done the following:

- We have provided a stamped, self-addressed envelope which you should mail back to us *Immediately* containing the simple form that expresses your wishes;

- We provide a toll-free telephone number for you to call and express your wish for assistance: (877) 586–1992;

- We provide, for those using computers, an e-mail address where you can express your wish for assistance: *WTC@Herzfeld-Rubin.com*

• We provide a simple form that you should return immediately expressing your wishes. Just check the box applicable to your decision on whether to request Special Counsel's assistance or another choice, sign the form, print your name under your signature, insert the date and mail It back In the enclosed envelope. If a derivative claim is also involved (for example, a claim by a spouse of the injured party), both Eligible Plaintiffs should sign.

Again, we are *Independent* Special Counsel; we are here to *help* inform you so that you can make a decision in your best interests; and time is of the essence! Please act quickly.

Sincerely,

/s/ Michael Hoenig

Michael Hoenig

*INDEPENDENT SPECIAL COUNSEL ASSISTANCE*

Dear Mr. Hoenig:

In response to your letter offering assistance as Special Counsel, the following is my choice:

☐ I would like to have the assistance of independent Special Counsel to help me make an informed decision.

☐ I do not need or want Special Counsel's assistance but have decided to opt in to the settlement. I understand I have to complete my paperwork and send it to my counsel immediately to opt in and accept the settlement.

☐ I do not need or want Special Counsel's assistance. I consent to discontinuance of my lawsuit

☐ I do not need or want Special Counsel's assistance and have decided to opt out of the settlement

The best way to reach me is via:

☐ Address: _____

☐ Telephone: _____

☐ E–Mail: _____

Very truly yours,

_____

_____

Dated: December ____, 2010